### MYNAHAN *v.* ATLANTA STEEL COMPANY *et al.*

FISH, C. J.  The court erred in giving to the jury the instructions set forth and excepted to in grounds 4, 5, 6, and 7 of the amending motion for a new trial, for the reason that there was no evidence to authorize such instructions, and they were obviously hurtful to the plaintiff below, the movant in the motion.  A new trial should have been granted for giving the instructions above referred to.

*Judgment reversed.   All the Justices concur.*
OCTOBER 1, 1914.

Equitable petition.  Before Judge Ellis.  Fulton superior court. June 7, 1913.

*Smith & Hastings,* for plaintiff.

*Payne & Jones* and *Anderson & Rountree,* for defendants.

---

### COLE MOTOR COMPANY *v.* MORRISON.

BECK, J.  1. The court did not err in overruling the general demurrer to the petition as amended.

2. The special demurrers, so far as they were meritorious, were sufficiently met by amendment.

3. Even if some of the evidence admitted over objections was open to the objections urged, it was not of such materiality to require the grant of a new trial.

4. The charge fully and fairly covered the issues involved under the evidence.

5. There was sufficient evidence to authorize the verdict.

*Judgment affirmed.   All the Justices concur.*
OCTOBER 1, 1914.

Complaint.  Before Judge Ellis.  Fulton superior court.  July 6, 1913.

*Anderson & Rountree* and *R. W. Crenshaw,* for plaintiff in error.

*Robert C. & Philip H. Alston,* contra.